# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**United States of America**

v.

**David Chavez-Gutierrez**

*PETTY*
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No. 17-07322MJ-001-PHX-BSB**

Maria T. Weidner (AFPD)
Attorney for Defendant

USM#: 14347-308     ICE# A 200 895 864

**THE DEFENDANT ENTERED A PLEA OF** guilty on July 7, 2017, to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(2), Alien Eluding the Examination and Inspection of Immigration Officers of the United States, a Class B Misdemeanor offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **ONE HUNDRED FIFTY (150) DAYS** on Count 2 of the Complaint, with credit for time served.

**IT IS ORDERED** that Count 1 of the Complaint is dismissed with prejudice on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** WAIVED     **RESTITUTION:** N/A

On motion of the United States, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver. However, should you believe you still have a right to appeal this matter, you must file a written notice of appeal with the Clerk of Court in Phoenix, Arizona, within fourteen (14) days from the entry of judgment.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Friday, July 07, 2017.**

Dated this 7th day of July, 2017.

                                                                         Bridget S. Bade
                                                                         United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____ , the institution designated by the Bureau of Prisons, with a copy of this Judgment in a Criminal Case.

_____      _____
United States Marshal                                                    By: Deputy Marshal